RECEIPT FOR AO FORM 85 AND AO FORM 85A

## United States District Court for the District of Delaware

Civil Action No. 9 - 5 1 1,

# ACKNOWLEDGMENT OF RECEIPT
# FOR:

## AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

## AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ____4____ copies of AO forms 85 and 85A.

_____JUL 1 3 2009_____
(Date forms provided)

_____
(Signature of person receiving forms)

Chaz Enerio
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.